No. A–453.   GILMORE v. UTAH, *ante*, p. 1012.   Petition for rehearing denied.

DECEMBER 21, 1976

No. 76–263.   HOPI TRIBE v. UNITED STATES ET AL.   Ct. Cl. Certiorari dismissed under this Court's Rule 60.

No. 76–714.   OLD ELK v. DISTRICT COURT OF THE THIRTEENTH JUDICIAL DISTRICT OF MONTANA ET AL.   Appeal from Sup. Ct. Mont. dismissed under this Court's Rule 60.

DECEMBER 28, 1976

No. 76–685.   M & T CHEMICALS, INC. v. INTERNATIONAL BUSINESS MACHINES CORP. ET AL.   C. A. 2d Cir.   Certiorari dismissed under this Court's Rule 60.

JANUARY 10, 1977

No. 75–1532.   HECHINGER ET AL. v. MARTIN, CHAIRMAN, DISTRICT OF COLUMBIA BOARD OF ELECTIONS AND ETHICS, ET AL.   Affirmed on appeal from D. C. D. C.   THE CHIEF JUSTICE, MR. JUSTICE BLACKMUN, and MR. JUSTICE POWELL would note probable jurisdiction and set case for oral argument.